UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| SOUEN KIM, )<br>)<br>      **PLAINTIFF** )<br>)<br>v. )<br>)<br>MAINE DEPARTMENT OF )<br>CORRECTIONS, ET AL., )<br>)<br>      **DEFENDANTS** ) | CIVIL NO. 1:10-CV-443-DBH |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On September 19, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision. The time within which to file objections expired on October 6, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motion for summary judgment and to dismiss is **GRANTED** and the matter is **DISMISSED** in accordance with the Recommended Decision.

SO ORDERED.

DATED THIS 14TH DAY OF OCTOBER, 2011

                                          /S/D. BROCK HORNBY
                                          D. BROCK HORNBY
                                          UNITED STATES DISTRICT JUDGE